```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JANIE HARRIS,                                         :
                                                      :
                Plaintiff,                            :
                                                      :
        v.                                            :
                                                      :
MARTIN LUTHER KING, JR. HEALTH                        :
CENTER, BRONX-LEBANON HOSPITAL                        :
CENTER, and JUAN DIZON, M.D., a/k/a                   :
JOHN DIZON, M.D.,                                     :
                                                      :
                Defendants.                           :
------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/12

**ORDER**

06 Civ 15159 (LBS)

SAND, J.

The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

SO ORDERED.

Dated: Dec 19, 2012
       New York, New York

_____
U.S.D.J.